

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Telefax: (801) 521-4252

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | : Bankruptcy No. 09-30389 RKM |
|---|---|
| | (Chapter 7) |
| KARINE TOLEDO RELLER, | : |
| Debtor. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1.　On February 2, 2011, the following check was issued in the following amount:

| Check # | Creditor & Address | Check Amount |
|---|---|---|
| 101 | 1st Choice Money Center<br>7210 South 900 East<br>Midvale, UT 84047 | $ 30.06 |

2.　The above check has never been cashed. A "Stop Payment" has been issued by the Trustee.

3.　The unclaimed funds are on deposit at the Bank of New York Mellon, Account No. 92000268811466.

4.　The last known name and address of the payee to which the check was sent is listed above.

2

5. A check in the amount of $30.06, representing said unclaimed funds, has been made payable to the Clerk of the U.S. Bankruptcy Court for the District of Utah and is attached hereto.

DATED this 13 day of May, 2011.

McKAY, BURTON & THURMAN

By _____
    Stephen W. Rupp, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was mailed, postage prepaid, on the 13 day of May, 2011, to the following:

U.S. Trustee's Office          (Sent via ECF)
405 South Main Street, Suite 300
Salt Lake City, Utah  84111

_____

ka\pl\reller.unc